IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 21 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-02491-BNB

RICKY HANEY,

    Applicant,

v.

THE PEOPLE OF THE STATE OF COLORADO, and
JOHN W. SUTHERS, Attorney General of the State of Colorado,

    Respondents.

---

ORDER DIRECTING APPLICANT TO SUPPLEMENT RESPONSE

---

Applicant, Ricky Haney, is a prisoner in the custody of the Colorado Department of Corrections at the Four Mile Correctional Center at Cañon City, Colorado. Mr. Haney initiated this action by filing *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 18, 2008, he filed an amended application. On January 24, 2008, the court ordered Mr. Haney to show cause why the amended application should not be denied as barred by the one-year limitation period. On February 19, 2008, Mr. Haney filed his response to the show cause order.

The court must construe the papers filed by Mr. Haney liberally because he is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be an advocate for a *pro se* litigant. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Haney will be ordered to supplement his response to the court's order to show cause.

The court determined in the January 24 order to show cause that this action appears to be barred by the one-year limitation period. The court based this determination on information provided by Mr. Haney that indicates his conviction became final on August 22, 2002; that he filed a postconviction motion that was pending in state court from May 12, 2003, through July 23, 2007; and that the instant action was filed in this court on November 23, 2007. Based on these dates, and assuming the one-year limitation period was tolled while the state court postconviction proceedings were pending, the court determined that a total of 384 days count against the one-year limitation period.

In his response to the court's show cause order, Mr. Haney makes a passing reference to a postconviction Rule 35(b) motion. It appears that the reference to a Rule 35(b) motion may relate to an additional state court postconviction motion and is not a reference to the postconviction motion Mr. Haney alleges he filed on May 12, 2003. If so, the Rule 35(b) motion could affect the court's determination of whether this action is barred by the one-year limitation period. Therefore, Mr. Haney will be ordered to supplement his response with additional information regarding the postconviction Rule 35(b) motion, or any other postconviction motion, he may have filed in state court challenging the conviction and sentence at issue in this action. If Mr. Haney did not file any postconviction motion in state court other than the postconviction motion he alleges he filed on May 12, 2003, he should file a response to this order stating no other postconviction motion was filed. If Mr. Haney did file a postconviction motion in state court in addition to the postconviction motion he alleges he filed on May 12, 2003, he must file a response alleging when the motion was filed, when the motion was denied,

whether he filed an appeal, and, if he did file an appeal, when the appeal was decided. Accordingly, it is

ORDERED that Mr. Haney file **within thirty (30) days from the date of this order** a supplement to his response to the court's January 24, 2008, order to show cause that provides the information requested in this order.

DATED February 21, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02491-BNB

Ricky Haney
Prisoner No. 106305
FMCC - Unit E
PO Box 200
Cañon City, CO 81215- 0200

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 2/21/08

GREGORY C. LANGHAM, CLERK

By: *(signature)*
Deputy Clerk