IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02491-BNB

RICKY HANEY,

Applicant,

v.

THE PEOPLE OF THE STATE OF COLORADO, and
JOHN W. SUTHERS, Attorney General of the State of Colorado,

Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 1 4 2008

GREGORY C. LANGHAM
CLERK

ORDER TO DISCHARGE SHOW-CAUSE ORDER

On January 24, 2008, the court ordered Applicant to show cause why this action should not be dismissed as barred by the one-year limitation period in 28 U.S.C. § 2244(d). On February 19, 2008, Applicant filed a response to the show cause order, and on March 12, 2008, he filed a supplemental response. Based on Applicant's responses, it appears that this action may not be time-barred. Therefore, the action will not be dismissed at this time as barred by the one-year limitation period. The January 24 show-cause order will be discharged. Accordingly, it is

ORDERED that the court's Order to Show Cause filed in this action on January 24, 2008, is discharged.

DATED March 14, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02491-BNB

Ricky Haney
Prisoner No. 106305
FMCC - Unit E
PO Box 200
Cañon City, CO 81215- 0200

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 3/14/08

GREGORY C. LANGHAM, CLERK

By /s/ _____
    Deputy Clerk